

**FILED**
DISTRICT COURT OF GUAM

NOV 29 2006

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>MARJORIE ANN JONES<br>Defendant. | CRIMINAL CASE NO. 02-00083-001<br><br>**REQUEST TO TRAVEL** |

On March 9, 2005, Marjorie A. Jones was sentenced by the Honorable Ronald S.W. Lew, Designated Judge for the District Court of Guam, for Conspiracy to Import Crystal Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 963. She was ordered to serve 12 months and one day of imprisonment followed by 36 months of supervised release with conditions that she: comply with the mandatory and standard conditions of supervised release; participate in drug treatment and testing and pay a $100 special assessment fee. Ms. Jones began her term of supervision on February 24, 2006.

On November 16, 2006, Ms. Jones submitted a travel request form for approval to travel to the Republic of the Philippines to visit her mother, Concepcion Marcelo, and other relatives during the holidays. Her requested dates are from December 14, 2006 to January 5, 2007. During her stay in the Philippines, Ms. Jones will reside with her mother in Cavite City. The Court once approved Ms. Jones to travel to the Philippines during pretrial supervision to visit her mother who was receiving medical treatment. Ms. Jones left Guam on May 27, 2004, and returned without incident on June 20, 2004.

On October 1, 2006, Ms. Jones completed the drug treatment and testing program of the U.S. Probation Office. She paid the $100 special assessment fee on November 21, 2006. In light of Ms. Jones' present compliance status with her supervised release conditions, this Officer supports the request to travel and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

ORIGINAL