| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|



Marjorie A. Jones
USDC Cr. Cs. No. 02-0083-001
SSN: XX-XXX-9677
DOB: XX-XX-1960
HT: 5'6" / WT: 150 lbs.

DATE  November 24, 2006

**FILED**
DISTRICT COURT OF GUAM
DEC - 7 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO  Cavite City, Republic of the Philippines

LEAVING  December 14, 2006  AND RETURNING  January 6, 2007

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

To visit with ailing mother and other relatives during the holidays.

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME: _____
ADDRESS: _____

RECEIVED
NOV 29 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

☒ Approved    ☐ Disapproved

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
U.S. District of Guam

DATE: 12/7/2006

Case 1:02-cr-00083   Document 30   Filed 12/07/2006   Page 1 of 1

**ORIGINAL**