FILED
DISTRICT COURT OF GUAM

FEB 27 2007 hbo

MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| United States of America, Plaintiff, vs. MARJORIE ANN JONES Defendant. | ) | CRIMINAL CASE NO. 02-00083-001 **REQUEST TO TRAVEL** |

On March 9, 2005, Marjorie A. Jones was sentenced by the Honorable Ronald S.W. Lew, Designated Judge for the District Court of Guam, for Conspiracy to Import Crystal Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 963. She was ordered to serve 12 months and one day of imprisonment followed by 36 months of supervised release with conditions that she: comply with the mandatory and standard conditions of supervised release; participate in drug treatment and testing; and pay a $100 special assessment fee. Ms. Jones began her term of supervision on February 24, 2006.

On February 9, 2007, Ms. Jones was approved by the U.S. Probation Office, Central District of California, for transfer of supervision to their district. Ms. Jones had made the request to relocate in order to pursue better employment opportunities in Laguna Niguel, California. She initially plans to live with her sister, Mary Ellen Brady, a California resident. Jurisdiction of this case will remain with the District Court of Guam, which may later be transferred to the Central District of California as needed.

Ms. Jones submitted a travel itinerary which reveals that she will depart Guam for California on March 9, 2007, via Northwest Airlines. According to Ms. Jones, her proposed travel plans are the least expensive she could arrange. This flight, however, incurs a brief stop-over in Narita, Japan. As it is policy of the U.S. District Court that all foreign travel by offenders must be approved by the Court, Ms. Jones requests Court authorization.

ORIGINAL

Ms. Jones has maintained excellent compliance with her conditions of supervision. On October 1, 2006, she completed the drug treatment and testing program of the U.S. Probation Office. Ms. Jones paid the $100 special assessment fee on November 21, 2006. She has consistently tested negative at all random drug tests, and has submitted all required monthly supervision reports. In light of Ms. Jones' compliance history and with the approval of the receiving district in California, this Officer supports the request to travel and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ______________________
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

______________________
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File