| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE U.S. PROBATION OFFICE 2nd Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 |
|---|---|---|



Marjorie A. Jones
USDC Cr. Cs. No. 02-0083-001
SSN: XX-XXX-9677
DOB: XX-XX-1960
HT: 5'6" / WT: 150 lbs.

DATE    February 26, 2007

**FILED**
DISTRICT COURT OF GUAM
MAR - 1 2007
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO    Japan and California

LEAVING    **March 9, 2007**    AND RETURNING    N/A (relocating)

**WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.**

PURPOSE OF THIS TRIP:

**Ms. Jones has been approved for transfer of supervision to the Central District of California.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival in California, report to U.S. Probation Officer Ann Treis within 72 hours. Her office is located at the Ronald Reagan Federal Building, 411 W. 4th street, Santa Ana, CA, Suite 4170. Her telephone number is (714)-338-2933.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

NAME:    Chief Loretta Martin
ADDRESS:    United States Courthouse, 6th Floor
312 North Spring Street
Los Angeles, CA 90012-4701

ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

[X] Approved    [ ] Disapproved

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
U.S. District of Guam

DATE:    2/28/2007

RECEIVED
FEB 27 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM