UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | ) ) ) | CRIMINAL CASE NO. 02-00083-001 |
| vs. | ) ) ) | **REQUEST TO TRAVEL** |
| MARJORIE ANN JONES<br>　　　　Defendant. | ) ) ) | |

On March 9, 2005, Marjorie A. Jones was sentenced by the Honorable Ronald S.W. Lew, Designated Judge for the District Court of Guam, for Conspiracy to Import Crystal Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 963. She was ordered to serve 12 months and one day of imprisonment followed by 36 months of supervised release with conditions that she: comply with the mandatory and standard conditions of supervised release; participate in drug treatment and testing; and pay a $100 special assessment fee. Ms. Jones began her term of supervision on February 24, 2006.

On March 8, 2007, Ms. Jones reported to the U.S. Probation Office and submitted a travel request form for expedited approval to travel to the Republic of the Philippines to coordinate and attend funeral services for her mother, Concepcion Marcelo Jones, who passed away on March 8, 2007, of complications related to an illness. Ms. Jones requests to travel as soon as soon as possible, and will return to Guam on March 23, 2007. She stated that her time in the Philippines will be to attend burial services scheduled for March 10, 2007, the rosaries to follow, and some time to settle her mother's estate. During her stay in the Philippines, Ms. Jones will reside at their family residence in Cavite City.

The Court previously approved Ms. Jones to travel to the Philippines during pretrial supervision to visit her mother from May 27, 2004, to June 20, 2004. A second trip to the Philippines for the same reason was approved for Ms. Jones from December 14, 2006, to January 5, 2007. Ms. Jones returned to Guam without incident from both trips.

Request to Travel
Re: JONES, Marjorie Ann
USDC Cr. Cs. No. 02-00083-001
March 8, 2007
Page 2

On October 1, 2006, Ms. Jones completed the drug treatment and testing program of the U.S. Probation Office. She paid the $100 special assessment fee on November 21, 2006. Ms. Jones was also approved by the Central District of California Probation Office to relocate to their district. Her request to travel to California via Japan, which was approved by the District Court, will now be pending her return from the Philippines. In light of Ms. Jones' present compliance status with her supervised release conditions, and her need to coordinate funeral services for her mother, this Officer supports the request to travel and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File