| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
| --- | --- | --- |



Marjorie A. Jones
USDC Cr. Cs. No. 02-0083-001
SSN: XX-XXX-9677
DOB: XX-XX-1960
HT: 5'6" / WT: 150 lbs.

DATE: ~~March 8, 2007~~ **FILED**

DISTRICT COURT OF GUAM

MAR - 8 2007 pbo

**MARY L.M. MORAN**
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO **Republic of the Philippines**

LEAVING **March 9, 2007** AND RETURNING **March 23, 2007**

**WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.**

PURPOSE OF THIS TRIP:

**Coordinate and attend funeral services for her mother, who passed away on March 8, 2007.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Upon your arrival on Guam, report to the U.S. Probation Office within 24 hours for urinalysis.**

2. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

NAME: _____

ADDRESS: _____

☒ Approved ☐ Disapproved

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
U.S. District of Guam

DATE: 3/8/2007

**RECEIVED**

MAR - 8 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**