## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00083-001 |
|           Plaintiff, ) | |
| ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ) | |
| MARJORIE ANN JONES ) | |
|           Defendant. ) | |
| _____) | |

      On March 9, 2005, Marjorie A. Jones was sentenced by the Honorable Ronald S.W. Lew, Designated Judge for the District Court of Guam, for Conspiracy to Import Crystal Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 963. She was ordered to serve 12 months and one day of imprisonment followed by 36 months of supervised release with conditions that she: comply with the mandatory and standard conditions of supervised release; participate in drug treatment and testing; and pay a $100 special assessment fee. Ms. Jones began her term of supervision on February 24, 2006.

      On February 9, 2007, Ms. Jones was approved by the U.S. Probation Office, Central District of California, for transfer of supervision to their district. She made travel arrangements to leave Guam for California on March 9, 2007, and was approved by the Court to travel through Narita, Japan. However, on March 8, 2007, Ms. Jones requested emergency travel authorization to the Republic of the Philippines to coordinate and attend funeral services for her mother, who died on that date. Her request to travel to the Philippines was approved by the Court.

      Ms. Jones returned from the Philippines on March 23, 2007, and reported to the U.S. Probation Office as instructed. She asked to resume her plans to relocate to California as previously approved. On March 26, 2007, she submitted a travel itinerary which reveals that she will depart Guam for California on April 15, 2007, via Narita, Japan. As it is policy of the U.S. District Court that all foreign travel by offenders must be approved by the Court, Ms. Jones requests Court authorization.

Request to Travel
Re; JONES, Marjorie Ann
USDC Cr. Cs. No. 02-00083-001
April 3, 2007
Page 2

Ms. Jones continues to maintain excellent compliance with her conditions of supervision. In light of her compliance history and with the approval of the receiving district in California, this Officer supports the request to travel and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|



**Marjorie A. Jones**
**USDC Cr. Cs. No. 02-00083-001**
**SSN: XX-XXX-9677**
**DOB: XX-XX-1960**
**HT: 5'6" / WT: 150 lbs.**

DATE    **April 3, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO:    **Japan and California**

FROM    **April 15, 2007**    AND RETURNING    **N/A (relocating)**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Ms. Jones has been approved for transfer of supervision to the Central District of California.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Upon your arrival in California, report to U.S. Probation Officer Ann Treis within 72 hours. Her office is located at the Ronald Reagan Federal Building, 411 W. 4th street, Santa Ana, CA, Suite 4170. Her telephone number is (714)-338-2933.**

2. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

NAME    Chief Loretta Martin
ADDRESS    U.S. Probation Office
Central District of California
United States Courthouse, 6th Floor
312 North Spring Street
Los Angeles, CA 90012-4701

/s/ ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

☐ APPROVED    ☐ DISAPPROVED