| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Marjorie A. Jones**
USDC Cr. Cs. No. 02-00083-001
SSN: XX-XXX-9677
DOB: XX-XX-1960
HT: 5'6" / WT: 150 lbs.



DATE  **April 3, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO:  **Japan and California**

FROM  **April 15, 2007**  AND RETURNING  **N/A (relocating)**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Ms. Jones has been approved for transfer of supervision to the Central District of California.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Upon your arrival in California, report to U.S. Probation Officer Ann Treis within 72 hours. Her office is located at the Ronald Reagan Federal Building, 411 W. 4th street, Santa Ana, CA, Suite 4170. Her telephone number is (714)-338-2933.**

2. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:



/s/ ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

NAME  Chief Loretta Martin
ADDRESS  U.S. Probation Office
Central District of California
United States Courthouse, 6th Floor
312 North Spring Street
Los Angeles, CA 90012-4701

X APPROVED   ☐ DISAPPROVED



/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Apr 04, 2007**